### 4452.  ROWLAND v. BELL.

HILL, C. J.  1. Nothing is better settled than the principle that unless the judgment rendered in the lower court is absolutely demanded by the evidence, the first grant of a new trial on certiorari, in the absence of any controlling question of law, will not be disturbed. *Fair* v. *Metropolitan Life Ins. Co.*, 2 *Ga. App.* 376 (58 S. E. 492); *Freeman* v. *Maxwell*, 10 *Ga. App.* 316 (73 S. E. 349); *Cochran* v. *Minter*, 10 *Ga. App.* 377 (73 S. E. 551).

2. In the present case the jury in the justice's court found a verdict generally for the defendant, when the undisputed evidence showed that the plaintiff was entitled to recover at least a part of the account sued on. The judgment, therefore, remanding the case for another trial, was not affected by the overruling of exceptions to the magistrate's answer.

*Judgment affirmed.*

DECIDED JANUARY 22, 1913.

Certiorari; from Fulton superior court—Judge Bell.  September 19, 1912.

*Frank L. Neufville,* for plaintiff in error.

*Stevens & Ogburn,* contra.